1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | No. 2:25-cr-00061-DJC
12 |         Plaintiff,
13 |     v.
14 | LEO ALPHONZO ALONSO-MEDINA
15 |         Defendant.
16 | _____
17 | UNITED STATES OF AMERICA          | No. 2:25-cr-00062-DJC
18 |         Plaintiff,
19 |     v.
20 | CARLOS OLSVADO HIGUERA-ALDANA
21
22 |         Defendant.
23 | _____
24 | UNITED STATES OF AMERICA          | No. 2:25-cr-00063-WBS
25 |         Plaintiff,
26 |     v.
27 | JEREMIAH I'AMAFANA SALANOA,
28

1

|   |   |
|---|---|
| Defendant. | |
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DORETEO SUASTEGUI,<br><br>Defendant. | No. 2:25-cr-00064-DAD<br><br><br><br>RELATED CASE ORDER |

Plaintiff has filed a notice of related cases in the four above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, the "actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to beget a substantial savings of judicial effort and is likely to be convenient for the parties. *See* Local Rule 123(a)(4).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge but does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned. Here, *U.S. v. Alonso-Medina* 2:25-cr-00061-DJC and *U.S. v. Higuera-Aldana* 2:25-cr-00062-DJC are both assigned to District Judge Daniel J. Calabretta, while *U.S. v. Salanoa* 2:25-cr-00063-WBS is assigned to Senior District Judge William B. Shubb and *U.S. v. Suastegui* 2:25-cr-00064-DAD is assigned to District Judge Dale A. Drozd.

///

2

1    In accordance with Rule 123, it is OREDERED that *U.S. v. Salanoa* 2:25-cr-00063-WBS and *U.S. v. Suastegui* 2:25-cr-00064-DAD are reassigned to District Judge Daniel J. Calabretta.  Henceforth, the caption in the reassigned cases shall be shown as *U.S. v. Salanoa* 2:25-cr-00063-DJC and *U.S. v. Suastegui* 2:25-cr-00064-DJC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  April 8, 2025                             /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE