1  MICHELE BECKWITH
   Acting United States Attorney
2  R. ALEX CARDENAS
   ADRIAN T. KINSELLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5
   Attorneys for Plaintiff
6  United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00061-DJC
12 |                Plaintiff, | STIPULATION REGARDING EXCLUDABLE
                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |             v.            | FINDINGS AND ORDER
14 | LEO ALPHONZO ALONSO-MEDINA, | DATE: May 15, 2025
                                   TIME: 9:00 a.m.
15 |                Defendant.    | COURT: Hon. Daniel J. Calabretta
16
17 | UNITED STATES OF AMERICA,  | CASE NO. 2:25-CR-00062-DJC
18 |                Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
                                  TIME PERIODS UNDER SPEEDY TRIAL ACT;
19 |             v.             | FINDINGS AND ORDER
20 | CARLOS OSVALDO HIGUERA-ALDANA; | DATE: May 1, 2025
                                     TIME: 9:00 a.m.
21 |                Defendant.      | COURT: Hon. Daniel J. Calabretta
22 | UNITED STATES OF AMERICA,   | CASE NO. 2:25-CR-00063-DJC
23 |                Plaintiff,   | STIPULATION REGARDING EXCLUDABLE
                                   TIME PERIODS UNDER SPEEDY TRIAL ACT;
24 |             v.              | FINDINGS AND ORDER
25 | JEREMIAH I'AMAFANA SALANOA; | DATE: May 19, 2025
26 |                Defendant.
27
28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                    1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DORETEO SUASTEGUI;<br><br>　　　　　Defendant. | CASE NO.  2:25-CR-00064-DJC;<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 28, 2025 |

## STIPULATION

1. By previous orders, these matters were set for status hearings on the respective dates listed in the captions above.  On April 9, 2025, this Court issued a Related Case Order for all four matters, which are now all assigned to the Honorable Daniel J. Calabretta.

2. By this stipulation, defendants now move to continue the respective status conferences until July 10, 2025, at 9:00 a.m., and to exclude time between April 25, 2025, and July 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　　a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than 150 gigabytes of data.  This discovery is subject to a Protective Order.  ECF No. 17.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　　b) Counsel for defendants desire additional time to review the charges and discovery in these cases, conduct defense investigation and research, and otherwise prepare for trial.

　　　c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　　d) The government does not object to the continuance.

　　　e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

　　　f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of April 25, 2025 to July 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2025   MICHELE BECKWITH
Acting United States Attorney

By: /s/ *R. Alex Cárdenas*
R. ALEX CARDENAS
Assistant United States Attorney

Dated: April 25, 2025   */s/ Noa Oren*
Noa Oren
Assistant Federal Defender
Counsel for Defendant
LEO ALPHONZO ALONSO-MEDINA;

Dated: April 25, 2025   */s/ Candice L. Fields*
Candice L. Fields
Counsel for Defendant
CARLOS OSVALDO HIGUERA-ALDANA

Dated: April 25, 2025   */s/ Todd Leras*
Todd Leras
Counsel for Defendant
JEREMIAH I'AMAFANA SALANOA

Dated: April 25, 2025   */s/ Olaf W. Hedberg*
Olaf W. Hedberg
Counsel for Defendant
DORETEO SUASTEGUI

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE