ERIC GRANT
United States Attorney
R. ALEX CARDENAS
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-cr-00062-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CARLOS OSVALDO HIGUERA-ALDANA, | DATE: April 23, 2026 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.      By previous order, this matter was set for status hearing on April 23, 2026.  ECF No. 29.

2.      By this stipulation, defendant now moves to continue the status conference until May 28, 2026, at 9:00 a.m., and to exclude time between April 23, 2026, and May 28, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than 150 gigabytes of data.  This discovery is subject to a Protective Order.  ECF No. 17.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the charges and discovery

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

in this case, conduct defense investigation and research, discuss potential resolutions with her client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2026 to May 28, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 21, 2026                              ERIC GRANT
                                                   United States Attorney


                                           By: /s/ *Adrian T. Kinsella*
                                               ADRIAN T. KINSELLA
                                               Assistant United States Attorney


Dated:  April 21, 2026                          */s/ Candice L. Fields*
                                               Candice L. Fields
                                               Counsel for Defendant
                                               CARLOS OSVALDO HIGUERA-ALDANA

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                2

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of April, 2026.

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE