CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
CARLOS OLSVADO HIGUERA-ALDANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS OLSVADO HIGUERA-ALDANA<br>Defendant. | Case No. 2:25-CR-0062-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Carlos Olsvado Higuera-Aldana, by and through their respective counsel of record, hereby stipulate as follows:

1. This case is presently set for a status conference on October 9, 2026.

2. By this stipulation, defendants move to continue the status conference regarding trial setting to December 3, 2026, and to exclude time between November 12, 2026, and the continued hearing date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

3. The parties agree and stipulate, and request that the Court find, as follows:

a. The government has produced substantial discovery in this matter, including more than 52,000 pages of investigative reports, photographs, and video surveillance evidence;

approximately 3,000 native files; and electronic copies, extraction reports, or related materials concerning eight seized electronic devices.

b. Defense counsel require additional time to review and analyze the discovery, identify the evidence relevant to their respective clients, investigate the charges and the alleged roles of each defendant, and consult with their clients concerning the evidence and potential defenses.

c. The parties have continued to make progress toward resolution, with a revised plea offer issued on October 20, 2026.

d. Additional time is necessary for defense counsel to meet with their client regarding the revised plea offer. For this reason, a very short continuance of three weeks is requested.

e. The requested continuance is sought to provide counsel a reasonable opportunity for defense counsel to consult with their client and prepare effectively for further proceedings.

f. Defense counsel has exercised due diligence. The requested period is no longer than reasonably necessary to complete these defense functions.

g. Counsel for defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h. The government does not object to the continuance.

i. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendants in a trial within the time prescribed by the Speedy Trial Act.

j. For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period from November 12, 2026, through December 3, 2026, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The exclusion results from a continuance requested by defendants and supported by the Court's finding that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation or the resulting order shall preclude a finding that other

provisions of the Speedy Trial Act require or permit the exclusion of additional periods of time.

IT IS SO STIPULATED.

Dated: November 5, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
CARLOS OLSVADO HIGUERA-ALDANA

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN KINSELLA
ADRIAN KINSELLA
Assistant United States Attorney

**ORDER**

The Court has reviewed the parties' stipulation and the facts stated in support of the requested continuance. The Court finds that defense counsel requires additional time to review and analyze the recently issued revised plea offer and to consult with their client concerning them.

The Court further finds that counsel have exercised due diligence and that the requested continuance is reasonable and limited in duration.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the status conference presently set for November 12, 2026, is continued to December 3, 2026, at 9:00 a.m. The period from November 12, 2026, through December 3, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and

(B)(iv) and Local Code T4.

IT IS SO FOUND AND ORDERED.

Dated: November 9, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE